UNITED STATES BANKRUPTCY COURT FOR DISTRICT OF MARYLAND

In re:

**Yvonne Thompson-Mendez**         *        Case No.: 04-33853
    **Debtor**                               *
                                             *        **Chapter 7**

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## EMERGENCY MOTION TO ENFORCE THE AUTOMATIC STAY & REQUEST FOR HEARING

The Debtor Yvonne Thompson-Mendez, files this "Emergency Motion to Enforce The Automatic Stay" and for her cause states:

1. The debtor filed her chapter 7 bankruptcy on October 20th, 2004.
2. She was assigned case number 04-33853.
3. St Charles at Olde Court was listed as creditors. "The Creditor".
4. By their agents Bristol Credit, Inc. The Creditor filed for an eviction on December 27, 2004 with respect to an apartment in which debtor occupies. Marked as Document 1.
5. On January 6th, 2005 after getting information regarding violations from the automatic stay off the internet, Debtor hand delivered that attached notice "Document 2" to agent for the Creditor. Debtor advised the creditor that she was in Bankruptcy proceedings and that they should cease all actions.
6. Trial was scheduled on January 7, 2005.
7. Debtor attended Trial on January 7, 2005 where she was greeted by Alan Seidel, whom identified himself as the attorney for the creditor. He advised me that I would not win the case, there is no point on waiting to see the judge , and that I would have 2 weeks before I would be evicted.
8. Taking the advisement of Mr. Seidel I left.
9. Judgment was entered on January 7, 2005.
10. I now throw myself at the mercy of this court and asked that they Enforce the Stay.
11. That they find that the Creditor's have violated the automatic stay.
12. That they be sanctioned according to the laws of this state
13. for further relief as this court may deem just and proper.

                Respectfully submitted,

*Yvonne Thompson-Mendez*
Yvonne Thompson-Mendez
33 Tentmill Lane K
Pikesville, MD 21208

FILED (E) 2005 JAN 18 D 12:01 DISTRICT OF MARYLAND BALTIMORE, MD