**Landlord/Agent (Plaintiff):** St. Charles at Olde Court Ptshp LP
**Address of Landlord/Agent:** 100 Painters Mill Rd Ste 900
**City/State/Zip:** Owings Mills, MD 21117

① **Name of Tenant (Defendant):** Yvonne Thompson
② **Name of Tenant (Defendant):**
**Address of Tenant:** 33 Tenmill Lane #K
**City/State/Zip:** Pikesville MD 21208

☐ Affixed on Premises
Date _____
☐ Mailed to Tenant
Constable _____
Served on Party: _____
Date _____    Date _____

## FAILURE TO PAY RENT — LANDLORD'S COMPLAINT FOR REPOSSESSION OF RENTED PROPERTY UNDER REAL PROPERTY § 8-401

1. The property is described as: 33 Tenmill Lane #K, Pikesville, Maryland. Property Name: St. Charles at Olde Court

2. The property ☐ is affected property under § 6-801, Environment Article ☒ is not affected property under § 6-801, Environment Article. The property ☐ is MDE registered ☒ is not MDE registered. If the tenant moved into the property on or after 2/24/96, the Inspection Certificate number is: _____. Owner is unable to state Inspection Certificate number because: ☐ property is exempt. ☐ tenant refused access or to relocate/vacate during remedial work.

3. The Tenant rents from the Landlord who asks for possession of the property and a judgment for the amount determined to be due.

4. The rent is $ 870.00 due on the 1st of the ☐ week ☒ month which has not been paid or reduced to judgment. As of today, rent is due for the ☐ weeks ☒ months of 11/1/04 - 12/1/04 in the total amount of $ 1740.00
Late charges accruing in or prior to the month in which the complaint was filed for the ☐ weeks ☒ months of 11/1/04 - 12/1/04 are due in the amount of ............ $ 87.00
The total amount of rent and late fees due at the date of this complaint is ............ $ 1827.00

5. ☐ The Landlord requests future rent between the date of complaint and date of judgment in the amount of ............ $ _____

6. Total including future rent ............ $ 1827.00

7. The Landlord requests the Tenant's right of redemption be foreclosed due to prior judgments. List the case numbers and judgment dates within the last year: _____

☒ All the Tenant(s) on the lease are listed above.
☒ The Defendant is not in military service.
☐ The Defendant serves in the military, but: ☐ the premises are not chiefly a dwelling for his/her dependents ☐ the monthly rental rate stated above exceeds $1,200

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth above are true to the best of my knowledge and belief.

**Print Name of Landlord/Attorney/Agent:** Bristol Credit Inc.
**Address:** 1417 Reisterstown Rd Balto. MD 21208
**Signature of Landlord/Attorney/Agent:** Alan Seidel 12/20/04

Continued To _____ Request of _____ Reason _____ Telephone _____

### SUMMONS
**STATE OF MARYLAND, TO WIT:**
TO Sheriff of this County/Constable of this Court, Greetings:
You are hereby ordered to notify, by first class mail, the Defendant named in this Complaint to appear before the District Court to answer the Landlord's complaint to show cause why the prayer of the Landlord should not be granted, and you shall proceed to serve the Summons upon the Defendant in the property or upon Defendant's known or authorized agent, but if for any reason neither the Defendant, nor his Agent, can be found, then you shall affix an attested copy of the Summons conspicuously upon the property.

Document 1

DC/CV 82 (Rev. 10/2004)

Judge/Clerk _____    Date _____

TENANT