**Yvonne Thompson-Mendez**
**33 Tentmill Lane K**
**Pikesville, MD 21208**
**443-520-3311**

===========================================================================

Bristol Credit Inc
C/o Alan Seidel
1414 Reisterstown Road
Baltimore, MD 21208

                                      Re:    Yvonne Thompson-Mendez
                                                    Apartment: <u>33 Tentmill K</u>
                                                      Eviction Case#: 4041578

To Whom It May Concern:

      It has been brought to my attention that you have filed for Eviction with respects to the captioned matter. Your client **St Charles at Olde Court** was notified that I have filed for Chapter 7 Bankruptcy on October 20, 2004. Your office has failed to file a "Motion Seeking Relief from the Automatic Stay" pursuant to 11 USC Section 362(D) and Local Bankruptcy Rule 4001-1.

      I believe that a Motion for Sanctions for violation of the Automatic Stay is in order for your companies' blatant disregard to the bankruptcy law.

      It's is noteworthy that I have had several conversations with your office with respects to my status.

      Your offices continued violation of the Bankruptcy Stay will cause me to use whatever methods necessary to protect my interest.

                                          Respectfully Submitted,

                                          */s/ Yvonne Thompson Mendez*
                                          Yvonne-Thompson Mendez

cc:    US BANKRUPTCY COURT
        CLERKS OFFICE

        DISTRICT COURT OF MD